1 | LAWRENCE J. HUTCHENS
State Bar Number 117673
2 | Attorney at Law
9047 Flower Street
3 | Bellflower, California 90706
(562) 804-0600
4 |
5 | Attorney for Plaintiff
MICHAEL R. BRYANT
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA
10 |
11 | MICHAEL R. BRYANT,           )   Case No.  CV 07-3453
                                )   PSG(EX)
12 |          Plaintiff,          )
                                )   (~~PROPOSED~~) ORDER TO DISMISS
13 |      v.                     )   WITH THE COURT TO RETAIN
                                )   JURISDICTION TO ENFORCE
14 | KIA MOTORS AMERICA, INC.,   )   SETTLEMENT
     and DOES 1-20              )
15 |                             )   Hon. Philip S. Gutierrez
              Defendants.       )
16 | _____)
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 |

1

(PROPOSED) ORDER TO DISMISS WITH THE COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT

1  PURSUANT TO THE STIPULATION OF COUNSEL, AND FOR GOOD CAUSE SHOWN, IT IS
2  ORDERED THAT THE MATTER IS DISMISSED WITH THE COURT TO RETAIN
3  JURISDICTION TO ENFORCE THE SETTLEMENT.

5  Dated:_____           _____
6                                        PHILIP S. GUTIERREZ
                                       United States District Judge

(PROPOSED) ORDER TO DISMISS WITH THE COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT